IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-32-H

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)     **ORDER**<br>)<br>COREY LAMAR CLARK, )<br>)<br>Defendant. ) | |

The court hereby SCHEDULES this matter for an evidentiary hearing on Defendant's motion to suppress on **September 21, 2016, at 11:00 a.m.** at the United States Courthouse Annex in Greenville.

This 25th day of August 2016.

_Kimberly A. Swank_
KIMBERLY A. SWANK
United States Magistrate Judge