IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-32-1H(2)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>COREY LAMAR CLARK, )<br>)<br>Defendant. ) | **ORDER** |

This matter is before the court on Defendant's motion to suppress [DE #22], which has been referred to the undersigned for memorandum and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). An evidentiary hearing was previously held in this matter, and both parties have submitted pre- and post-hearing briefs [DE #23, 44, 48, 49]. The Government also filed a Notice of Subsequently Decided Authority Relating to the Defendant's Motion to Suppress on May 1, 2017 [DE #57].

To assist the court in its determination of the issues raised, the court hereby DIRECTS the parties to submit supplemental briefing regarding the relevance and impact, if any, of *State v. Powell*, No. COA16-1022, ___ S.E.2d ___, 2017 WL 2118676 (N.C. Ct. App. May 16, 2017). The parties shall submit said briefing within fourteen (14) days of the date of this order.

This 1st day of June 2017.

KIMBERLY A. SWANK
United States Magistrate Judge